IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                         Criminal No. 1:98-10030-02-T

SEBASTIAN LOCKETT

### JUDGMENT ON SUPERVISED RELEASE VIOLATION

This cause came to be heard on April 21, 2005, Assistant U. S. Attorney, Richard Leigh Grinalds, representing the government, and the defendant appeared in person and with counsel, Danny R. Ellis, who was appointed and denies to the allegations set forth in the Supervised Release Violation Petition. After questioning the defendant, hearing statements of counsel, the Court finds the defendant guilty as charged in the Supervised Release Violation Petition.

IT IS THEREFORE ORDERED that the defendant has violated the terms of his supervised release and that he be sentenced to the custody of the Bureau of Prisons for a period of **Twenty-four (24) Months** with no further supervision.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 22 April 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4/26/05

84

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 1:98-CR-10030 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT