CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Lockett, Sebastian | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 98-10030 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) USA v. Lockett | 8. PAYMENT CATEGORY ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) CC | |

11. OFFENSE(S) CHARGED: Armed Bank Robbery 18 USC §2113(a)(d); use of A short-barreled firearm during and in relation to a crime of violence 18 USC §924(c)(1)

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED: Appeal to the Court of Criminal Appeals for Sixth Circuit

13. PROCEEDING TO BE TRANSCRIBED:
① Preliminary - March 4, 2005; ② Supervised Release Violation Hearing - April 22, 2005; CM
★ ③ Detention - February 25, 2005.

14. SPECIAL AUTHORIZATIONS

B. ☒ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

15. ATTORNEY'S STATEMENT — Signed 6-2-05 — Danny B. Ellis, Panel Attorney

16. COURT ORDER — Signed James D. Todd, 9 June 2005

**CLAIM FOR SERVICES** (blank)

★ not taken by Christine Martin

89

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 1:98-CR-10030 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT